Cause No. _1413930_

# THE STATE OF TEXAS

_Samuel Quintanilla_ A/K/A/ _____

**FILED**
Chris Daniel
District Clerk

MAY 08 2015

Time: _____

Harris County, Texas

By_____ Deputy

_177_ District Court / County Criminal Court at Law No. _____

Harris County, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/15/2015 4:07:35 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On _5/6/15_ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

[x] **MOVES** to withdraw.

[ ] **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

_May 8, 2015_
**Date**

_SAMUEL QUINTANILLA_
**Defendant (Printed name)**

_Merchant_
**Attorney (Signature)**

_Feroz Merchant_
**Attorney (Printed name)**

_24014769_
**State Bar Number**

_4119 Montrose Blvd. Suite 200_
_Houston tp 77006_
**Address**

_713-224-8200_
**Telephone Number**

The defendant (check all that apply):

[x] **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

[x] **ASKS** the Court to **ORDER** that a free record be provided to him.

[ ] **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_[signature]_
**Defendant (Signature)**

_Samuel Quintanilla_
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _5-11-15_

By Deputy District Clerk of Harris County, Texas _[signature]_

On ___5/11/15___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☑ employing counsel

    ☑ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw (is **GRANTED**) **DENIED**.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

☐ Defendant's / appellant's motion is **GRANTED** and

    ☑ _____ (attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☒ **DENIED** and is **SET** at **NO BOND**. (Felony Only)

**DATE SIGNED:** ___5/11/15___

                                          _____

                                          **JUDGE PRESIDING,**
                                          ____ **DISTRICT COURT /**
                                          **COUNTY CRIMINAL COURT AT LAW NO.** ____,
                                          **HARRIS COUNTY, TEXAS**

Unofficial Copy Office on Chris Daniel District Clerk